FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
8/18/2026
JEFFREY P. COLWELL, CLERK

# UNITED STATES DISTRICT COURT

for the District of Colorado

Marvin McChriston
Plaintiff/Petitioner

v.

City of Fountain, Colorado
Defendant/Respondent

Civil Action No. ______________________

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS

(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true.

Complete all questions and then sign. Where a monetary field does not apply, $0.00 is entered. Where a non-monetary field does not apply, N/A is entered.

Signed: Marvin McChriston

Date: 8-18-26

**1. Average monthly income during past 12 months / expected next month:**

| Income source | Past 12 months - You | Past 12 months - Spouse | Expected next month - You | Expected next month - Spouse |
|---|---|---|---|---|
| Employment | $2,400/mo while employed* | N/A | $0.00 | N/A |
| Self-employment | $0.00 | N/A | $0.00 | N/A |
| Income from real property | $0.00 | N/A | $0.00 | N/A |
| Interest and dividends | $0.00 | N/A | $0.00 | N/A |
| Gifts | $0.00 | N/A | $0.00 | N/A |
| Alimony | $0.00 | N/A | $0.00 | N/A |
| Child support received | $0.00 | N/A | $0.00 | N/A |

*Waste Solution employment: 07/07/2025-04/30/2026. Marvin reports 40 hrs/week, $19/hr, and approximately $2,400 gross monthly.

| | | | | |
|---|---|---|---|---|
| Retirement | $0.00 | N/A | $0.00 | N/A |
| Disability / workers compensation | $1,437.59 every 2 weeks since 11/20/25 | N/A | $1,437.59 every 2 weeks | N/A |
| Unemployment payments | $0.00 | N/A | $0.00 | N/A |
| Public assistance | $0.00 | N/A | $0.00 | N/A |
| Other | $0.00 | N/A | $0.00 | N/A |
| **Total monthly income** | $3,114.78 current WC equivalent* | N/A | $3,114.78* | N/A |

*$1,437.59 every two weeks annualizes to approximately $3,114.78 per average month. Benefit expected to end/reduce after 08/27/2026 review.

**2. Employment history for past two years:**

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Waste Solution | 1809 North Circle Dr | 07/07/2025 - 04/30/2026 | $2,400.00 |
| N/A | N/A | N/A | $0.00 |

**3. Spouse employment history:**

N/A - Marvin is not married.

**4. Cash and financial accounts:**

Cash on hand: $0.00

| Financial institution | Type of account | Amount you have | Amount spouse has |
|---|---|---|---|
| Chase Bank | Checking | $121.00 | N/A |
| N/A | N/A | $0.00 | N/A |
| N/A | N/A | $0.00 | N/A |

**5. Assets owned by you or your spouse:**

Home (Value) $0.00*

Other real estate $0.00

Motor vehicle #1 (Value) $1,500.00

Make and year 2013 Chevrolet

Model Traverse

Registration # 1GNKVLKD9DJ203021

Motor vehicle #2 (Value) $0.00

Other assets $0.00

**2013 Chevrolet Traverse, 223,000 miles, two prior accidents.
Reasonable good-faith estimated current/trade-in value: $1,500.00.

**6. Persons/businesses/organizations owing you money:**

| Person owing money | Amount owed to you | Amount owed to spouse |
|---|---|---|
| None | $0.00 | N/A |
| N/A | $0.00 | N/A |
| N/A | $0.00 | N/A |

**7. Persons who rely on you for support:**

| Name / initials if under 18 | Relationship | Age |
|---|---|---|
| McKayla Arter McChriston-Brury | Daughter / minor child | 15 |
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

Dependent: McKayla Arter McChriston-Brury, daughter, age 15; child support reported at $793/month.

**8. Estimated average monthly expenses:**

| | You | Spouse |
|---|---|---|
| Rent / home mortgage | $0.00 | N/A |
| Real estate taxes included? | No - paid separately | N/A |
| Property insurance included? | N/A | N/A |
| Utilities | $1,144.00 | N/A |
| Home maintenance | $140.00 | N/A |
| Food | $350.00 | N/A |
| Clothing | $0.00 | N/A |
| Laundry / dry cleaning | $0.00 | N/A |
| Medical / dental | $300.00 | N/A |
| Transportation | $240.00 | N/A |
| Recreation / entertainment | $0.00 | N/A |
| Homeowner / renter insurance | $0.00 | N/A |
| Life insurance not deducted from wages | $0.00 | N/A |
| Health insurance not deducted from wages | $0.00 | N/A |
| Motor vehicle insurance | $0.00* | N/A |
| Other insurance | $0.00 | N/A |
| Taxes not deducted from wages / mortgage | $1,328.00 property taxes | N/A |
| Motor vehicle installment | $0.00 | N/A |
| Credit card installment | $0.00 | N/A |
| Department store installment | $0.00 | N/A |
| Other installment | $0.00 | N/A |
| Child support paid | $793.00 | N/A |

*Vehicle insurance amount was not separately established in the source. Change $0.00 if Marvin currently pays a separate vehicle-insurance premium.

| | | | |
|---|---|---|---|
| Regular business/profession/farm expenses | | $0.00 | N/A |
| Other expenses: | Child care $793.00; Charity/Worship $500.00 | $1,293.00 | N/A |

**Total monthly expenses:** **$5,588.00**

Entered as Marvin's reported total. He should verify this figure because it does not reconcile with all itemized entries.

Calculated from the monthly itemized expenses provided by Marvin: total $5,588.00.

**9. Do you expect any major changes to income, expenses, assets, or liabilities in the next 12 months?**

[X] Yes  [ ] No

Workers compensation of $1,437.59 every two weeks is expected to be reduced or terminated on August 27, 2026 after final review of my injury, resulting in a significant loss of income.

**10. Have you spent - or will you spend - money for expenses or attorney fees in this lawsuit?**

[X] Yes  [ ] No  Estimated amount: $150.00

No attorney fees are anticipated because I am proceeding pro so and do not have the financial resources to retain counsel. I expect only minimal litigation expenses such as printing, copying, mailing, transportation, and similar case-related costs.

**11. Other information explaining why you cannot pay the costs:**

I am currently unemployed. My present income consists of workers compensation benefits of $1,437.59 every two weeks, which are expected to be reduced or terminated on August 27, 2026. I have limited cash and bank assets and limited financial resources. Paying the filing fee would create financial hardship.

**12. Legal residence / contact information:**

Colorado Springs, Colorado

Daytime phone: 719-306-2979  Age: 62

Schooling: 12 years high school; attended Colorado Technical College/University 1996-1998.

Signed: Marvin McChriston  Date: 8-18-26

Review all $0.00/N/A entries for accuracy before Marvin signs under penalty of perjury.